| | | |
|---|---|---|
| **J.S., by and through her Next Friend,** | ) | |
| **Hilda Shipp, and HILDA SHIPP,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **No. 4:04CV587-SNL** |
| | ) | |
| **THE BOARD OF EDUCATION OF** | ) | |
| **NORMANDY SCHOOL DISTRICT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The Plaintiffs' motion to reconsider and reinstate plaintiffs' motion for contempt, memorandum in support thereof and defendant's response is before the Court. The motion to reconsider was filed March 31, 2006 and the response April 12, 2006.

The concern expressed in the motion had to do with the present posture of the case. The Court entered a consent order and settlement agreement May 20, 2004 and plaintiffs have reinstated the case asserting defendant's failure to implement properly the agreement.

Before the current motion was filed the Court had a status conference with Daniel E. Claggett and Jacqueline M. Kutnik-Bauder, counsel for the plaintiffs and Charles L. Ford, counsel for the defendant. During that conference which was informal and off-the-record, discussion was had about mediation. The parties convinced the Court that mediation would not be helpful at this stage. Defendant asserted it was trying to comply with the settlement in that it had a new building team and new architects and hoped to begin construction soon as the bond issue providing for the funds to implement the construction had passed. Plaintiffs felt that defendant was not implementing the

agreement with dispatch as is required under the agreement and was concerned that before plaintiffs' problems could be assuaged, she would have graduated from high school.

A non-jury trial is set May 30, 2006 which will determine whether defendant has exercised due diligence in implementing the settlement agreement. Apparently, plaintiff J.S. is completing her sophomore year and will have two more years to complete her high school education. Accordingly, she asserts that time is of the essence. Defendant suggested that plaintiff has been accommodated in all of her classes except two, and will be accommodated as to those classes when the new construction has been completed.

Some of the issues raised in the current motion will need to be decided at the trial on May 30, 2006. Accordingly, it appears inappropriate to resolve the current motion until the hearing is completed.

**IT IS THEREFORE ORDERED** that plaintiffs' motion for contempt may be reinstated.

**IT IS FURTHER ORDERED** that the motion for contempt will be taken with the case at the time of the trial on May 30, 2006.

Dated this ____19th____ day of April, 2006.

_____

SENIOR UNITED STATES DISTRICT JUDGE